IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:18-mj-00821 |
| Plaintiff, | : | (Magistrate Judge ~~Sharon Ovington~~ Michael Newman) |
| v. | : | |
| | | ORDER |
| JOHN C. RIAZZI | : | |
| Defendant. | : | |

Pursuant to the Defendant John Riazzi's unopposed motion for a temporary return of his passport, it appears that he has good cause for his motion and there is no risk that he will not return to the Court's jurisdiction. The motion is therefore granted and the Clerk of this Court is hereby ordered to return the Defendant John Riazzi's passport to him at his request any time after May 15, 2019 with the understanding that it will be returned to the Clerk by Mr. Riazzi on or before June 3, 2019. Defendant shall return his passport as directed by Pretrial Services. mn 4/9/19

_____
Michael J. Newman
United States Magistrate Judge

1606.216308.\ 735665.1