IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | CASE NO. 3:19 cr 82 |
| Plaintiff, | : | |
| v. | : | **THOMAS M. ROSE** |
| **JOHN C. RIAZZI,** | : | **INFORMATION**<br>42 U.S.C. §§ 7412 and 7413(c)(1) |
| Defendant. | : | |

**THE UNITED STATES ATTORNEY CHARGES THAT:**

### COUNT 1
**Failure to Thoroughly Inspect**
**[42 U.S.C. §§ 7412 and 7413(c)(1)]**

On or about July 22, 2016, in the Southern District of Ohio, defendant **JOHN C. RIAZZI**, an owner and operator of a renovation at the Steam Plant facility, knowingly failed to thoroughly inspect the Steam Plant roof, the part of the facility where renovation would occur, for the presence of asbestos, including Category I friable and nonfriable ACM, prior to the commencement of the renovation.

In violation of Title 42, United States Code, Sections 7412 and 7413(c)(1).

BENJAMIN C. GLASSMAN
United States Attorney

_____
LAURA I. CLEMMENS
Assistant United States Attorney

_____
ADAM CULLMAN
Trial Attorney
Environmental Crimes Section